IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KELLY LOUDERMILK,

      Petitioner,

v.                                 Case No.  5D17-1786

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed August 4, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Kelly Loudermilk,  Brooksville, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 11, 2017 order denying Petitioner's motion for new trial, filed in Case No. 2014-CF-1495 in the Circuit Court in and for Osceola County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

PALMER, EVANDER and EDWARDS, JJ., concur.